IN RE: APPLICATION OF
MAINTENANCE ASSOCIATES, INC.

January 29, 1975. Petition for certification denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF TEANECK
v. TEANECK TEACHERS ASSOCIATION.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CRANE.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL SCOTT.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CORNELIUS CARUSO.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD WRIGHT.

January 29, 1975. Petition for certification denied.